CONVERSE *v.* MINNESOTA THRESHER MFG. CO.

SAME *v.* FIRST NATIONAL BANK OF SUFFIELD.

ERROR TO THE SUPREME COURT OF ERRORS OF CONNECTICUT.

Nos. 75, 76.   Argued January 14, 1909.—Decided January 25, 1909.

A judgment of the highest court of Connecticut, involving the liability of stockholders under provisions in the constitution of Minnesota, reversed on the authority of *Bernheimer* v. *Converse,* 206 U. S. 516.[1]

---

[1 The leading headnote in *Bernheimer* v. *Converse,* 206 U. S. 516, referred to, is as follows:

"The court in this case followed the judgment of the highest court of the State in determining that a corporation was not within the exception,

*Mr. Wm. Waldo Hyde* and *Mr. Charles Welles Gross* for plaintiff in error.

No appearance for defendants in error.

*Per Curiam:* Judgments reversed with costs on the authority of *Bernheimer* v. *Converse,* 206 U. S. 516, and cases remanded for further proceedings in conformity to law.